UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

Plaintiff,

-against-

ERIC MANUEL FERNANDEZ COLON,

Defendant.

19-CR-536-11 (PKC)

ORDER

P. KEVIN CASTEL, United States District Judge:

On April 10, 2024, Defendant Eric Manuel Fernandez Colon ("Fernandez Colon") was convicted in this court of conspiracy to distribute and possess with intent to distribute cocaine. *See United States v. Fernandez Colon*, ECF 1:19-CR-536-11, 533 (PKC) (S.D.N.Y. Apr. 10, 2024). On April 22, 2024, Fernandez Colon filed a notice of appeal. On September 13, 2024, while his appeal was pending, he filed a motion for modification of sentence and judgment where he asserts that defense counsel was ineffective when he represented Fernandez Colon during his sentencing. *See id.* (ECF 583, at 2). On December 12, 2024, the United States Court of Appeals for the Second Circuit dismissed Fernandez Colon's appeal. *See United States v. Fernandez Colon*, No. 24-1157 (2d Cir. Dec. 12, 2024) (mandate issued Jan. 3, 2025).

In reviewing Fernandez Colon's motion for modification of his sentence and judgment, the Court concludes that this motion should be construed as a motion brought under 28 U.S.C. § 2255 because Fernandez Colon challenges his judgment of conviction and argues that defense counsel provided ineffective assistance of counsel. *Jiminian v. Nash*, 245 F.3d 144, 146-47 (2d Cir. 2001) ("[Section 2255] is generally the proper vehicle for a federal prisoner's challenge to his conviction and sentence.").

**CONCLUSION**

Accordingly, the Court directs the Clerk of Court to open a new civil action under 28 U.S.C. § 2255 and file Fernandez Colon's motion for modification of sentence and judgment (ECF 583) in the new civil action as the Section 2255 motion. The Court also directs the Clerk of Court to file this order in the new civil action and to terminate the motion for modification (ECF 583). Following the opening of the new civil action, the Court will provide Fernandez Colon with the opportunity to withdraw the motion. *See Castro v. United States*, 540 U.S. 375, 383 (2003); *Adams v. United States*, 155 F.3d 582, 584 (2d Cir. 1998) (per curiam).

The Clerk of Court shall electronically notify the Criminal Division of the U.S. Attorney's Office for the Southern District of New York that this order has been issued. At this time, the Court does not order the U.S. Attorney's Office to answer Fernandez Colon's application.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated:  New York, New York
            April 17, 2026